# Martelle Law Offices

873 E. State St.
Eagle, ID
83616

---

**Greg & Lee Ann Ferris**
PO Box 3470
Hailey ID 83333

| | |
|---|---|
| **Date:** | 5/23/2016 |
| **File Number:** | / |
| **Invoice Number:** | 7887 |

**Re:** Chapter 13

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 11/03/2015 | TLH | TLH:  Prepared General Retainer Agreement and emailed to client for Signatures. | 0.50 | 42.50 |
| 01/07/2016 | SBB | Sbb-rev file, research debt limits in chapter 13 after chapter 7 discharged discussed with T. Appears a chp 13 should work because unsecured portion of 2nd mortgage should not be counted towards debt limits based on recent case law. Need to find specific case prior to filing. Emailed client with additional information needed to move forward<br>I have reviewed the items that you have provided to my office. It does appear that you would qualify for a chapter 13 bankruptcy to catch up the arrears on your home and therefore save your home from foreclosure. However, I need additional information to determine what the chapter 13 plan would look like, specifically what a payment would need to be in order to get it approved.<br>I need you to provide me with any notices you have from the 1st and/or 2nd mortgage regarding what is owed on those two debts. I need any foreclosure documents you may have received. I also need to know what the current value of your home is, the tax assessment and a brokers price opinion would be necessary to verify the value. Please get me this documentation as soon as possible and we can put together a plan and discuss options.<br>As soon as I have this information from you we can schedule a phone conference to discuss your options.<br>Additionally do you have a foreclosure date set already? We need to stay on top of that so the house doesn't get auctioned. Please provide the above information and then call my office to schedule a phone conference. | 0.80 | 180.00 |
| 01/08/2016 | SBB | Sbb-rev file and resp to client<br>Yes do get me the remaining info. Also my paralegal Traci will send you the forms and documents that you will need to complete in order to file your case. At this time I do think chapter 13 is the best option. However I can't put a plan together (or know what the payment will be) without the information I requested below. Fees for a chapter 13 will be an additional $1,000 plus a $310 court filing fee. Traci will also contact you about scheduling an appointment to sign and file your case we will likely be looking at January 25 to do this but I definitely need everything including all paperwork Traci sends you back by January 15 in order to do this. | 0.20 | 45.00 |
| 01/20/2016 | SBB | Sbb-rev recent case from BAP, saved to client file, called client to discuss and that chap 13 is the way to go. Discussed signing date and hearings. | 0.50 | 112.50 |
| 01/26/2016 | SBB | BK TO SIGN & PREPARE PETITION - Ferris, Greg & Lee Ann - sbb-rev petition and schedules updated same, draft plan, met | 3.50 | 787.50 |

Case 16-40054-JMM   Doc 44-1   Filed 05/25/16   Entered 05/25/16 15:09:05   Desc
Supplement Invoice   Page 2 of 4

with client for signing and need to make updates and get filed

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/2016 | TLH | TLH: Reviewed client physical file for sufficiency of proof and potential legal issues prior to beginning drafting petition, Disclosure of Attorney Statement, and Schedules. Reviewed Credit Report prior to drafting Schedules for sufficiency and ascertaining secured, unsecured, priority and non-priority creditors. Researched and pulled PACER report for prior filings to be included in petition. Researched and pulled State Repository report for involvement in cases and/or judgments to be included into SOFA. Researched and pulled DMV Title report to be cross-referenced with Schedule B. Began data entry of client questionnaire. | 2.00 | 170.00 |
| 01/27/2016 | TLH | TLH: Updated Best Case client file with Certificates of Pre-Filing Credit Counseling and attached said Certificates to Voluntary Petition. Updated SOFA. | 0.30 | 25.50 |
| 01/28/2016 | TLH | TLH: Phoned Blaine Country Recorders office to track down Deed of Trust Instrument Recording Date and Number for Chapter 13 Plan. | 0.40 | 34.00 |
| 01/28/2016 | TLH | TLH: Updated final petition with changes arising out of signing. Updated and finalized Disclosure of Attorney Compensation to be replaced in Best Case with issues arising from signing. Updated and finalized Plan with issues arising from signing and replaced in Best Case. Prepared DSO in proper format for filing with the Court. Filed Chapter 13 Voluntary Petition and Plan with the Court through ECF along with required additional documents. Prepared filed petition from Best Case with electronic signature and date and saved to client file for future reference and to be provided to client. Updated Best Case client file Case Status to include dates of 341 Meeting of Creditors, Confirmation Hearing, assigned Judge, and assigned Trustee. Updated Amicus client file Summary. | 3.00 | 255.00 |
| 02/04/2016 | SBB | Sbb-rev file, rev pre-341 recs and talk to T. Emailed client We will get him added as a creditor. You will need to make your mortgage payment directly to Wells Fargo, the first payment would have been due February 1, call them and ask them how they would like you to make a payment, you likely need to talk to someone in their bankruptcy department to get the information on making the payment. Additionally the Trustee would like to schedule your business inspection for February 20th at 3:30. She will be driving back from the bankruptcy conference in Idaho Falls and thought she would just stop in between 3 and 4 to do that. I will not be attending that with you but she will not ask anything that she is not entitled to ask and will basically just look at how you run your business and how you keep your books and records. Will this time and date work for you? | 0.50 | 112.50 |
| 02/09/2016 | SBB | Sbb-rev file and info, resp to client You do not need permission to close accounts. Just make sure there is record of what you have done. I will have her notify you an hour before she arrives but plan on it being between 3 and 4. | 0.30 | 67.50 |
| 02/10/2016 | TLH | TLH: Amended Schedule F to disclose additional Creditor of Randal J French. Emailed said Schedules to client for Signature. | 0.40 | 34.00 |
| 02/10/2016 | TLH | TLH: Updated Best Case client file with Certificates of Post-Filing Credit Counseling. Filed said Certificates with the Court through ECF. | 0.30 | 25.50 |
| 02/22/2016 | SBB | BK 341 MTG (JEROME) - Ferris, Greg & Lee Ann - sbb-rev file, travel to (and from unbilled) 341 hearing, met with clients before and after to discuss case. Multiple issues with funding and best interest need reviewed. | 4.00 | 900.00 |
| 03/21/2016 | SBB | Sbb-email from client REDACT | 0.30 | 67.50 |
| 03/21/2016 | SBB | Sbb-rev file and information, amended means, drafted amended plan, will need to amend I and J and B but waiting on info from client. Payment increasing | 1.20 | 270.00 |

Case 16-40054-JMM    Doc 44-1    Filed 05/25/16    Entered 05/25/16 15:09:05    Desc
Supplement Invoice    Page 3 of 4

emailed client
The 2015 taxes will be included in the bankruptcy.
I need the bank statement for account ending 2747 showing what was in that account on Jan 28th as the statement we have only goes through Jan 19th and shows a closing balance of $21,411.
Additionally your statements show transfers into an account ending in 5210, I need statements for this account covering Jan 28th and the 6 months prior to that as well.
I need copies of the 2015 tax returns.
I also need documentation and explanation of where the life insurance proceeds of $72,000 that you received in 2014 were deposited and how that money was spent.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/2016 | SBB | Sbb-rev file and respond to client<br>multiple emails back and forth with information, see file | 0.60 | 135.00 |
| 03/28/2016 | SBB | BK CONF HRG (TWIN FALLS) - Ferris, Greg & Lee Ann -<br>sbb-rev file, made notes, travel (one-way) attend confirmation hearing. Confirmation denied, amended plan needs filed by Friday. New hearing will be in Boise. | 2.50 | 562.50 |
| 03/31/2016 | SBB | File Amended Plan -<br>sbb-rev email and talked to client about amended schedules. They sent sigs for everything. Drafted NOH, made schedule changes. Uploaded NOH and Plan for mailing, filed same | 0.80 | 180.00 |
| 03/31/2016 | SBB | Sbb-rev file and emailed client<br>I have to get the amended plan filed and mailed by tomorrow so I need signatures today. Have you been able to get me the information requested? I need that information ASAP but I need the signed documents today. | 0.20 | 45.00 |
| 04/11/2016 | TLH | TLH:  Filed Amended Schedules B & C and Amended Schedules I & J with the Court through ECF.  Filed Declaration of Schedules Signature Page with the Court through ECF. Transposed original signatures from old form on to the new form. | 0.40 | 34.00 |
| 04/11/2016 | TLH | TLH:  Filed Corrected Means Test with the Court through ECF. | 0.30 | 25.50 |
| 04/25/2016 | SBB | Sbb-rev file and information for confirmation tomorrow. emailed H@T, income appears to be the only issue left can we continue so we can sit down and review it together | 0.30 | 67.50 |
| 04/30/2016 | SBB | Sbb-rev file and information had TLH contact clients to get missing info on income and life insurance. We need to get resolved and confirmed. | 0.30 | 67.50 |
| 05/06/2016 | SBB | Sbb-rev file and income and expense info, emailed H@T and T<br>Given the information on income that we now have from the 2015 tax returns I believe our schedules I and J are fairly accurate or even slightly high on income.  Could you review the information we recently sent and the combined income information and let me know what you think the appropriate monthly bankruptcy payment would be?<br>The income/expense info (DMI from 22C as well as I and J) and payment should be the only remaining issue we have left from what I can tell.<br>Let me know what number you are thinking is necessary to meet the requirements and I will talk to my clients so we can get this resolved and get an order done before the next hearing. | 0.50 | 112.50 |
| 05/13/2016 | SBB | Sbb-rev file and resp to client<br>I will continue to work on your matter from here until we make all of the transfers and then will work on your matter from my personal firm. You shouldn't really notice any major changes other contact info. | 0.20 | 45.00 |
| 05/18/2016 | SBB | Sbb-rev file w/T. Rev file in detail and emailed client<br>At this time I need P&L's from Jan 2016-April 2016.<br>Additionally, your tax returns indicate a significant dollar amount of costs of goods sold. Do you have receipts or invoices for the goods?<br>The proceeds from the life insurance were from whom? Who was the insured individual? There is some confusion that they | 0.50 | 112.50 |

Case 16-40054-JMM   Doc 44-1   Filed 05/25/16   Entered 05/25/16 15:09:05   Desc
Supplement Invoice   Page 4 of 4

| | | | | |
|---|---|---|---|---|
| | | believed the life insurance was from a policy on your mother but it is my understanding that your mother is still alive so could you clarify this please. | | |
| 05/19/2016 | SBB | Sbb-multiple emails with client re:supporting documentation and issues needed to confirm. | 0.50 | 112.50 |
| | | **Total Fees** | **37.40** | **$4,628.50** |

## Expenses

| | | |
|---|---|---|
| 01/26/2016 | E124 Other.  Pulled prior Chapter 7 filing from ECF. | 3.00 |
| 01/27/2016 | E106 Online research.  Pulled UCC Lien for Inactive Lien with Gem Equipment, Inc. | 12.00 |
| 01/28/2016 | $Filing Fee | 310.00 |
| 01/28/2016 | E106 Online research.  ECF fees for pulling documents filed in prior case to obtain information on Lien Recorded by State Farm Bank. | 25.00 |
| 02/10/2016 | $Filing Fee.  Amended Schedule E/F to disclose Randal French. | 30.00 |
| 02/10/2016 | E108 Postage.  Mailed client standard 341 Meeting Reminder Letter, Bankruptcy Information Sheet, and 341 Questions. | 0.49 |
| 02/10/2016 | E108 Postage.  Mailed Randal French COS, 341 Notice, and Notice of Bankruptcy Case Filing. | 1.21 |
| 04/01/2016 | E108 Postage.  Printing / Mailing COS NOH Amended Plan.<br>Printing Costs: 260 X .10 = 26.00<br>ECF Fees:  1.20<br>Postage Costs: 26 at the 1oz rate  = 12.22 | 39.42 |
| 04/11/2016 | E108 Postage.  Printing / Mailing - COS NOH Amended Plan to State Farm Bank.<br>Printing:  28 pgs x .10 = 2.80<br>Postage:  2 x 6.96 = 13.92<br>Postage:  2 x 0.71 = 1.42 | 18.14 |
| 04/13/2016 | E108 Postage.  Printing / Mailing COS NOH Amended Plan to Michael Tipsord<br>Printing: 13 x 2 x .10 = 2.60<br>Postage:  7.18<br>Postage:  .93 | 10.71 |
| | **Total Expenses** | **$449.97** |

| | |
|---|---|
| **TOTAL NEW CHARGES** | **$5,078.47** |
| General Retainer Applied | 2,310.00 |
| Net Amount Owing on this Bill | **$2,768.47** |